IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| VS. | NO. 3: 07-MJ-08-03 (CWH) |
| **TAURUS BROOKS,** | VIOLATION(S): Drug Related |
| Defendant | |

## ORDER ON PRELIMINARY EXAMINATION

Defendant **TAURUS BROOKS** this day appeared before Claude W. Hicks, Jr., United States Magistrate Judge for the Middle District of Georgia, for a **PRELIMINARY EXAMINATION** under provisions of Rule 5.1 of the Federal Rules of Criminal Procedure. He was represented by Mr. John Philip Fox of the Macon Bar; the United States was represented by Assistant United States Attorney Michael Solis.

After consideration of the testimony of Special Agent John Lyle of the DRUG ENFORCEMENT ADMINISTRATION, other evidence proffered by the parties, and the argument of counsel for the government and for the defendant, the undersigned finds that PROBABLE CAUSE does exist that the offenses set forth in the Criminal Complaint filed herein on August 10, 2007, to-wit: 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) have been committed as set forth in said complaint, and that defendant **TAURUS BROOKS** did commit said offenses as charged therein.

THEREFORE, IT IS ORDERED AND ADJUDGED that this matter be referred to a GRAND JURY of this district for further proceedings as required by law.

SO ORDERED, this 15th day of AUGUST, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE